# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1338
_____

CLORIS VAZQUEZ,

Appellant,

v.

CITY OF MIAMI BEACH/CORVEL
CORPORATION,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: October 7, 2021.

August 19, 2024

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Megan E. Oliva of Bichler & Longo, PLLC, Maitland, for Appellant.

Luis Estrada of the Law Offices of Luis Estrada, LLC, Miami, for Appellees.